Exhibit 2

Charted Claims:

Method Claims:1

| US8442920 | Pavaso Remote Online Notarization (RON) ("Accused Product") |
|---|---|
| 1. A computer-implemented method for providing an electronic mortgage closing, the computer-implemented method comprising performing computer-implemented operations for: | The accused product practices a computer-implemented method for providing an electronic mortgage closing (e.g., digital closing), the computer-implemented method comprising performing computer-implemented operations for: receiving, at a document processing system (e.g., computer enabled with accused product) having a processor (e.g., processor of the computer enabled with the accused product), electronic mortgage closing documents associated with an electronic mortgage closing (e.g., digital closing).<br><br>As shown below, the accused product provides a collaborative space for buyers, witnesses, and notary to prepare and sign closing documents.<br><br><br><br>https://www.pavaso.com/ |



https://www.pavaso.com/ron/

**Pavaso's Remote Online Notarization (RON)\* technology empowers you to complete signings remotely, through one secure, collaborative platform that streamlines the entire closing process.**

Our RON solution provides the ultimate convenience by allowing signers to be almost anywhere in the world to eSign closing documents, where they appear before the remote online notary to remote online notarize, using two-way audio-video technology.

https://www.pavaso.com/ron/

## Pavaso Benefits All Stakeholders

Since inception over 10 years ago, Pavaso's eClosing Platform was created with a focus on improving the real estate closing process. As a leader in digital mortgage transformation, Pavaso empowers lenders, title companies and real estate attorneys to deliver fully digital and hybrid eClosings through one secure, collaborative platform that streamlines the entire closing process. Designed to enhance your workflow and existing relationships, not replace them, Pavaso connects all permissible parties to exchange information and documents, communicate and collaborate in real-time.

**Select your role to learn more →**



Lenders



Title Companies & Attorneys



Notaries



Home Buyers & Sellers

https://www.pavaso.com/

# Some of the RON Benefits Include:

→ Provides an enhanced experience for individual(s) who are not able to attend in person

→ Maintain full control to conduct the signing session with an option to have a state-certified notary join as a separate participant to complete the notarization tasks

→ Signers and witnesses can join with ease and are guided through a clear, step-by-step check-in process, with a dashboard to show the conductor their progression as they complete each step

→ Enhanced branding capabilities lets you extend your look and feel throughout the entire closing process

→ Gives all permissible parties in the transaction online access to a video recording of the complete closing session or the eSigning and remote online notarization, in accordance with state law*

https://www.pavaso.com/ron/

## RON App Available for Apple® iPad®

Pavaso's RON app empowers you and your customers to complete Remote Online Notarization.

(RON) signing sessions on an Apple iPad, in place of a desktop or laptop device.

**Start using Pavaso's RON app for an iPad today!**



Apple®, iPad® and App Store® are registered trademarks of Apple Inc.

https://www.pavaso.com/ron/



| **Remote Online Notary (RON)\*** | Microsoft 8.1+ <br><br> macOS X 10.11+ | Google Chrome (versions 72+) <br><br> Mozilla Firefox (version 52+) <br><br> Chromium-based versions of Microsoft Edge (versions 79+) <br><br> Chromium-based versions of Opera (versions 59+) <br><br> Safari (version 13+) | Desktop <br><br> Laptop <br><br> Microsoft Surface Pro hybrid laptop device <br><br> Keyboard & Mouse <br><br> iOS 11+ iPad when using the Pavaso app for the iPad | |

https://pavaso.com/system-requirements/

How do documents enter Pavaso's secure system?

You will be able to leverage existing integrations or establish new ones with a lender's doc prep provider, a title production system, or documents can be added by a simple upload.

https://pavaso.com/faqs/



https://www.youtube.com/watch?v=_ZhyTfQlr-w



https://www.youtube.com/watch?v=_ZhyTfQlr-w



https://www.youtube.com/watch?v=_ZhyTfQlr-w



**Remote Online eClosings on an Apple® iPad®**

https://www.youtube.com/watch?v=_ZhyTfQlr-w

| | |
|---|---|
| | **Application** **Pre-Closing** **Closing** **Post-Closing** |
| | **Lender and Title Company** |
| | • Lender and title documents are consolidated |
| | • Add documents through an integration or upload |
| | • Designed to automatically place the appropriate signature placeholders onto documents |
| | **Signer** |
| | • Auto-generated email notification updates |
| | • Access lender and/or title provided educational material and resources |
| | • Review and confirm the accuracy of closing documents, before the closing |
| | https://pavaso.com/eclosing201/ |
| identifying, at the document processing system, entities participating in the electronic mortgage closing; | The accused product practices identifying, at the document processing system (e.g., computer enabled with accused product), entities (e.g., buyers, witnesses, notary) participating in the electronic mortgage closing (e.g., digital closing). |



**Remote Online eClosings on an Apple® iPad®**

https://www.youtube.com/watch?v=_ZhyTfQlr-w



**Remote Online eClosings on an Apple® iPad®**
https://www.youtube.com/watch?v=_ZhyTfQlr-w



Remote Online eClosings on an Apple® iPad®
https://www.youtube.com/watch?v=_ZhyTfQlr-w

| connecting the entities to a document signing session; | The accused product practices connecting (e.g., joining via invite link) the entities to a document signing session (e.g., video conferencing session for signing mortgage document). |
|---|---|
| | As shown below, the accused product allows buyers and witnesses to join video conference through an invitation link sent to their respective emails. The buyers and witnesses then click on this invitation link and log in to the accused product's platform for video conferencing session. |



Remote Online eClosings on an Apple® iPad®

https://www.youtube.com/watch?v=_ZhyTfQlr-w



https://www.youtube.com/watch?v=_ZhyTfQlr-w



**Remote Online eClosings on an Apple® iPad®**

https://www.youtube.com/watch?v=_ZhyTfQlr-w



Remote Online* eClosings with Pavaso

https://www.youtube.com/watch?v=njQSXAy_gFw



**Remote Online\* eClosings with Pavaso**

https://www.youtube.com/watch?v=njQSXAy_gFw



**Remote Online* eClosings with Pavaso**

Pavaso
487 subscribers

Subscribe

👍 66   👎   ➤ Share   ⬇ Download   ✂ Clip   •••

https://www.youtube.com/watch?v=njQSXAy_gFw



**Remote Online eClosings on an Apple® iPad®**

https://www.youtube.com/watch?v=_ZhyTfQlr-w



**Remote Online eClosings on an Apple® iPad®**

https://www.youtube.com/watch?v=_ZhyTfQlr-w



Remote Online eClosings on an Apple® iPad®
https://www.youtube.com/watch?v=_ZhyTfQlr-w

| providing the electronic mortgage closing documents to the entities in a predetermined order during the document signing session, wherein the electronic mortgage closing documents are provided to the | The accused product practices providing the electronic mortgage closing documents to the entities (e.g., buyers, witnesses, notary) in a predetermined order (e.g., signing order wherein buyer and witnesses sign first, followed by notary) during the document signing session (e.g., video conferencing session for signing mortgage document), wherein the electronic mortgage closing documents are provided to the entities (e.g., buyers, witnesses, notary) for execution of an action (e.g., signing by the participants) representing signing of the electronic mortgage closing documents.<br><br>As shown below, the accused product enables signing of the document in an order, wherein, buyers and witnesses sign first, followed by the notary, to authorize the signing. |

| | |
|---|---|
| entities for execution of an action representing signing of the electronic mortgage closing documents; | ## Our Optimized Signing Experience<br><br>With many new features and process improvements, and a cleaner look and feel, closing agents and participants will complete digital closing sessions even faster than before. Some of the new features and process improvements include:<br><br>→ Signers and witnesses can join with ease and are guided through a clear, step-by-step check-in process, with a dashboard to show the conductor their progression as they complete each step<br><br>→ Maximized screen real estate for improved visibility<br><br>→ Streamlined signing workflows simplify the passing of documents to each participant<br><br>→ Improved navigation empowers signers to scroll or jump directly to each signing task<br><br>→ New task list clearly displays documents and statuses to see open action items easier<br><br>https://www.pavaso.com/ron/ |



Remote Online eClosings on an Apple® iPad®

https://www.youtube.com/watch?v=_ZhyTfQlr-w



https://www.youtube.com/watch?v=_ZhyTfQlr-w



Remote Online eClosings on an Apple® iPad®

Pavaso
487 subscribers

👍 9    👎    ↗ Share    ⬇ Download    ✂ Clip    ⋯

https://www.youtube.com/watch?v=_ZhyTfQlr-w

| detecting, for each of the entities, execution of the action representing signing of the electronic mortgage closing documents; | The accused product practices detecting (e.g., monitoring whether a buyers and witnesses has signed the document), for each of the entities (e.g., buyers, witnesses, notary), execution of the action (e.g., signing by the participants) representing signing of the electronic mortgage closing documents.<br><br>The accused product monitors completion of sign by the buyers and witnesses on the document, and it moves the control to the notary, once the buyers and witnesses has signed the document. |



**Remote Online eClosings on an Apple® iPad®**
https://www.youtube.com/watch?v=_ZhyTfQlr-w



**Remote Online eClosings on an Apple® iPad®**
https://www.youtube.com/watch?v=_ZhyTfQlr-w



**Remote Online eClosings on an Apple® iPad®**
https://www.youtube.com/watch?v=_ZhyTfQlr-w



https://www.youtube.com/watch?v=_ZhyTfQlr-w



Remote Online eClosings on an Apple® iPad®

Pavaso
487 subscribers
Subscribe

https://www.youtube.com/watch?v=_ZhyTfQlr-w



https://www.youtube.com/watch?v=_ZhyTfQlr-w

| finalizing the electronic mortgage closing documents based, at least in part, upon the signing; and | The accused product practices finalizing (e.g., completing the signing process and finalizing the signed documents) the electronic mortgage closing documents based, at least in part, upon the signing. |
|---|---|



https://www.youtube.com/watch?v=_ZhyTfQlr-w



https://www.youtube.com/watch?v=_ZhyTfQlr-w&t=280s



**Remote Online eClosings on an Apple® iPad®**
https://www.youtube.com/watch?v=_ZhyTfQlr-w

| recording a location associated with at least one of the entities, a time associated with the document signing session, and a date associated with the document signing | The accused product practices recording a location associated with at least one of the entities (e.g., buyers, witnesses, notary), a time associated with the document signing session, and a date associated with the document signing session. |
|---|---|
| | As shown below, the accused product records location associated with the entities and time and date associated with the document signing session (e.g., video conferencing session for signing mortgage document). |

session.





Solutions   Benefits   Resources   Company   Contact   **Get a Demo**

As is true of most websites, we gather some information automatically and store it in log files. This information includes Internet Protocol (IP) addresses, browser type and language, Internet service provider (ISP), referring and exit pages, operating system, date/time stamp, and clickstream data. We use this information to understand and analyze trends, to administer the site, to learn about user behavior on the site, and to gather demographic information about our user base as a whole. We may use this information in our marketing and advertising services.

https://www.pavaso.com/privacy-policy/



**Remote Online eClosings on an Apple® iPad®**

 Pavaso
487 subscribers   

    

https://www.youtube.com/watch?v=_ZhyTfQlr-w



https://www.youtube.com/watch?v=_ZhyTfQlr-w&t=280s